380 A.2d 1227

COMMONWEALTH of Pennsylvania

v.

**Willie L. DIXON, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 17, 1977.

Decided Dec. 23, 1977.

David E. Abrahamsen, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Deputy Dist. Atty. for Law, Michael R. Stiles, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

OPINION

PER CURIAM.

Judgment of sentence affirmed.